NOV 13 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RIGOBERTO VAZQUEZ-MONTES,<br>Defendant. | Criminal Case No. 07CR3062-LAB<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship (Felony) |

The United States Attorney charges:

On or about October 12, 2007, within the Southern District of California, defendant RIGOBERTO VAZQUEZ-MONTES, did falsely and willfully represent to Department of Homeland Security, Bureau of Customs and Border Protection Inspector, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States, whereas, in truth and fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

DATED: 11/13/07.

KAREN P. HEWITT
United States Attorney

J. Moore for
AARON B. CLARK
Assistant U.S. Attorney

ABC:psd:San Diego
10/31/2007