8

AO 455(Rev. 5/85) Waiver of Indictment

FILED
NOV 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RIGOBERTO VAZQUEZ-MONTES

## WAIVER OF INDICTMENT

CASE NUMBER: 07cr3062-LAB

I, RIGOBERTO VAZQUEZ-MONTES, the above named defendant, who is accused of Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/13/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER